159 A.3d 938

COMMONWEALTH of Pennsylvania, Respondent

v.

William PLUMMER, Petitioner

No. 287 EAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.